AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

FID11856179

**RECEIVED**
By US Marshals DC District Court at 4:24 pm, Sep 03, 2025

United States of America
v.
Michael David Taylor

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00201
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 9/3/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                         Michael David Taylor                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(1) Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime
Punishable by Imprisonment for a Term Exceeding One Year.

Date:     09/03/2025

*Issuing officer's signature*

City and state:          Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/3/2025          , and the person was arrested on *(date)* 9/4/2025
at *(city and state)* Washington, DC          .

Date: 9/4/2025

*Arresting officer's signature*

J. Harris    DUSM
*Printed name and title*