**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 25-MJ-00201(MJS)** |
| **MICHAEL DAVID TAYLOR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## PARTIES' JOINT MOTION TO CONTINUE DETENTION HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Michael David Taylor ("Defendant"), by and through counsel, hereby jointly submit this motion to reschedule the detention hearing, currently set on September 10, 2025, at 9:00am to September 18, 2025.  The parties are engaged in plea discussions and are nearing a resolution of the matter.  The undersigned has conferred with defense counsel before filing this motion.

Based on the forgoing, the parties request that this matter be set for a detention hearing on September 18, 2025.

Respectfully submitted,

Jeanine Ferris Pirro
Acting United States Attorney

By:      /s/
Daniel Seidel
Assistant United States Attorney
CO Bar Number 41521
601 D Street NW
Washington, D.C. 20530
daniel.seidel@usdoj.gov

A.D. MARTIN, PC
6411 Ivy Lane, Suite 304

1

2

Greenbelt, MD 20770
(301) 220-3700 (voice)
(301) 220-1625 (fax)
admartinesq@aol.com